UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

WILLIAM F. TURNER, on behalf of
himself and all others similarly situated,

                Plaintiff,

v.
                                            CASE NO. 2:05-CV-186-FtM-33 DNF

GENERAL ELECTRIC CO.,

                Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: June 8, 2005.

| | |
|---|---|
| James L. Thompson<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611-7603<br>Tel.: (312) 923-2944<br>Fax: (312) 840-7344 | Edward M. Waller, Jr., FBN 106341<br>Charles Wachter, FBN 509418<br>Fowler White Boggs Banker P.A.<br>Post Office Box 1438<br>(813) 228-7411<br>(813) 229-8313  (fax) |
| Hal N. Bogard<br>Senior Litigation Counsel<br>GE Appliances<br>Appliance Park - Bldg. 2-225<br>Louisville, KY  40225<br>Tel.: (502) 452-3331<br>Fax: (502) 452-0395 | Attorneys for Defendant<br>General Electric Company |

By:   / s /  Edward M. Waller, Jr.
Edward M. Waller, Jr., FBN 106341

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing to be furnished by electronic filing or U.S. mail to the following counsel this 8th day of June, 2005:

| | |
|---|---|
| Scott W. Weinstein<br>Jordan L. Chaikin<br>Weinstein, Bavly & Moon, P.A.<br>2400 1st Street, Suite 303<br>Ft. Myers, FL 33901 | Gary E. Mason<br>The Mason Law Firm, P.C.<br>1225 19th Street NW, Suite 500<br>Washington, D.C. 20038 |
| Alexander E. Barnett<br>The Mason Law Firm, P.C.<br>P.O. Box 230758<br>New York, NY 10023 | Jonathan W. Cuneo<br>Charles J. LaDuca<br>Cuneo Waldman & Gilbert, L.L.P.<br>317 Massachusetts Avenue NE, Suite 300<br>Washington, D.C. 20002 |
| William M. Audet<br>Alexander Hawes & Audet. L.L.P.<br>300 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | |

  / s /  Edward M. Waller, Jr.
Edward M. Waller, Jr., FBN 106341

#2312047v1