**Qualifying Models: Must Have Both Eligible Model # and First Two Digits of SN**
**Will Be Found on Unit's Serial Number Plate**

| Eligible Model Numbers Serial Plate Model # | | | | And | First Two Digits Of Serial Number |
|---|---|---|---|---|---|
| BEY25GFMD CC | GSS22JEMA WW | GSS22VGMD CC | GSS25UFMB CC | | AA |
| BSY25GFMD WW | GSS22JEMB BB | GSS22VGMD WW | GSS25UFMB WW | | DA |
| DSS25PFMC CC | GSS22JEMB CC | GSS22WGMA BB | GSS25UFMC BB | | FA |
| DSS25PFMC WW | GSS22JEMB WW | GSS22WGMA CC | GSS25UFMC CC | | GA |
| DSS25PFMD CC | GSS22JEMC BB | GSS22WGMA WW | GSS25UFMC WW | | HA |
| DSS25PFMD WW | GSS22JEMC CC | GSS22WGMB BB | GSS25UFMD BB | | LA |
| ESS22XGMA BB | GSS22JEMC WW | GSS22WGMB CC | GSS25UFMD CC | | MA |
| ESS22XGMA CC | GSS22JEMD BB | GSS22WGMB WW | GSS25UFMD WW | | RA |
| ESS22XGMA WW | GSS22JEMD CC | GSS22WGMC BB | GSS25VGMA WW | | SA |
| ESS22XGMB BB | GSS22JEMD WW | GSS22WGMC CC | GSS25VGMB CC | | TA |
| ESS22XGMB CC | GSS22JFMA CC | GSS22WGMC WW | GSS25VGMB WW | | VA |
| ESS22XGMB WW | GSS22JFMA WW | GSS22WGMD BB | GSS25VGMC CC | | ZA |
| ESS22XGMC BB | GSS22JFMB CC | GSS22WGMD CC | GSS25VGMC WW | | AD |
| ESS22XGMC CC | GSS22JFMB WW | GSS22WGMD WW | GSS25VGMD CC | | DD |
| ESS22XGMC WW | GSS22JFMC CC | GSS25JEMA CC | GSS25VGMD WW | | FD |
| ESS22XGMD BB | GSS22JFMC WW | GSS25JEMA WW | GSS25WGMA BB | | GD |
| ESS22XGMD CC | GSS22JFMC1WW | GSS25JEMB BB | GSS25WGMA CC | | HD |
| ESS22XGMD WW | GSS22JFMD CC | GSS25JEMB CC | GSS25WGMA WW | | LD |
| ESS25XGMA BB | GSS22JFMD WW | GSS25JEMB WW | GSS25WGMB BB | | MD |
| ESS25XGMA CC | GSS22KGMA AA | GSS25JEMC BB | GSS25WGMB CC | | RD |
| ESS25XGMA WW | GSS22KGMA BB | GSS25JEMC CC | GSS25WGMB WW | | SD |
| ESS25XGMB BB | GSS22KGMA CC | GSS25JEMC WW | GSS25WGMC BB | | TD |
| ESS25XGMB CC | GSS22KGMA WW | GSS25JEMD BB | GSS25WGMC CC | | VD |
| ESS25XGMB WW | GSS22KGMB AA | GSS25JEMD CC | GSS25WGMC WW | | ZD |
| ESS25XGMC BB | GSS22KGMB BB | GSS25JEMD WW | GSS25WGMD BB | | |
| ESS25XGMC CC | GSS22KGMB CC | GSS25JFMA CC | GSS25WGMD CC | | |
| ESS25XGMC WW | GSS22KGMB WW | GSS25JFMA WW | GSS25WGMD WW | | |
| ESS25XGMD BB | GSS22KGMC AA | GSS25JFMB CC | GST20IEMB CC | | |
| ESS25XGMD CC | GSS22KGMC BB | GSS25JFMB WW | GST20IEMB WW | | |
| ESS25XGMD WW | GSS22KGMC CC | GSS25JFMC CC | GST20IEMD CC | | |
| GSH22KGMA AA | GSS22KGMC WW | GSS25JFMC WW | GST20IEMD WW | | |
| GSH22KGMA BB | GSS22KGMC1WW | GSS25JFMC1WW | GST22JEMB CC | | |
| GSH22KGMA CC | GSS22KGMD BB | GSS25JFMD CC | GST22JEMB WW | | |
| GSH22KGMA WW | GSS22KGMD CC | GSS25JFMD WW | GST22JEMC CC | | |
| GSH22KGMB AA | GSS22KGMD WW | GSS25KGMA AA | GST22JEMC WW | | |
| GSH22KGMB BB | GSS22QFMA BB | GSS25KGMA BB | GST22KGMC CC | | |
| GSH22KGMB CC | GSS22QFMA CC | GSS25KGMA CC | GST22KGMC WW | | |
| GSH22KGMB WW | GSS22QFMA WW | GSS25KGMA WW | GST22KGMD CC | | |
| GSH22KGMC BB | GSS22QFMB AA | GSS25KGMB AA | GST22KGMD WW | | |
| GSH22KGMC CC | GSS22QFMB CC | GSS25KGMB BB | GST25KGMB WW | | |
| GSH22KGMC WW | GSS22QFMB WW | GSS25KGMB CC | GST25KGMC CC | | |
| GSH22KGMD BB | GSS22QFMC BB | GSS25KGMB WW | GST25KGMC WW | | |
| GSH22KGMD CC | GSS22QFMC CC | GSS25KGMC AA | GST25KGMD CC | | |
| GSH22KGMD WW | GSS22QFMC WW | GSS25KGMC BB | GST25KGMD WW | | |
| GSH25KGMA AA | GSS22QGMC BB | GSS25KGMC CC | GSZ25SGMA BS | | |
| GSH25KGMA BB | GSS22QGMC CC | GSS25KGMC WW | HSS22BDMC WH | | |
| GSH25KGMA CC | GSS22QGMC WW | GSS25KGMC1WW | HSS22BDMD WH | | |
| GSH25KGMA WW | GSS22QGMD BB | GSS25KGMD BB | HSS22DDMA WH | | |
| GSH25KGMB AA | GSS22QGMD CC | GSS25KGMD CC | HSS22DDMB WH | | |
| GSH25KGMB BB | GSS22QGMD WW | GSS25KGMD WW | HSS22DDMC WH | | |
| GSH25KGMB CC | GSS22SGMA BS | GSS25QFMA BB | HSS22FMA CC | | |
| GSH25KGMB WW | GSS22SGMA WW | GSS25QFMA CC | HSS22FMA WW | | |
| GSH25KGMC BB | GSS22SGMAKBS | GSS25QFMA WW | HSS22FMB CC | | |
| GSH25KGMC CC | GSS22SGMB BS | GSS25QFMB BB | HSS22FMB WW | | |
| GSH25KGMC WW | GSS22SGMBKBS | GSS25QFMB CC | HSS22FMC CC | | |
| GSH25KGMC1WW | GSS22SGMC BS | GSS25QFMB WW | HSS22FMC WW | | |
| GSH25KGMD BB | GSS22SGMD BS | GSS25QFMC BB | HSS22FMD CC | | |
| GSH25KGMD CC | GSS22UFMA BB | GSS25QFMC CC | HSS22FMD WW | | |
| GSH25KGMD WW | GSS22UFMA CC | GSS25QFMC WW | HSS25GDMD WW | | |
| GSS20IBMA CC | GSS22UFMA WW | GSS25QGMC BB | HSS25IFMA CC | | |
| GSS20IBMA WW | GSS22UFMB BB | GSS25QGMC CC | HSS25IFMA WW | | |
| GSS20IBMB CC | GSS22UFMB CC | GSS25QGMC WW | HSS25IFMB CC | | |
| GSS20IBMB WW | GSS22UFMB WW | GSS25QGMD BB | HSS25IFMB WW | | |
| GSS20IBMD CC | GSS22UFMC BB | GSS25QGMD CC | HSS25IFMC CC | | |
| GSS20IBMD WW | GSS22UFMC CC | GSS25QGMD WW | HSS25IFMC WW | | |
| GSS20IEMA CC | GSS22UFMC WW | GSS25SGMA BS | HSS25IFMD CC | | |
| GSS20IEMA WH | GSS22UFMD BB | GSS25SGMAKBS | HSS25IFMD WW | | |
| GSS20IEMA WW | GSS22UFMD CC | GSS25SGMB BS | HST22IFMC CC | | |
| GSS20IEMB CC | GSS22UFMD WW | GSS25SGMBKBS | HST22IFMC WW | | |
| GSS20IEMB WH | GSS22VGMA BB | GSS25SGMC BS | HST25IFMC CC | | |
| GSS20IEMB WW | GSS22VGMA CC | GSS25SGMCKBS | HST25IFMC WW | | |
| GSS20IEMB1WW | GSS22VGMA WW | GSS25SGMD BS | HST25IFMD WW | | |
| GSS20IEMD CC | GSS22VGMB CC | GSS25UFMA BB | SSS25KFMA WW | | |
| GSS20IEMD WH | GSS22VGMB WW | GSS25UFMA CC | SSS25KFMB WW | | |
| GSS20IEMD WW | GSS22VGMC CC | GSS25UFMA WW | SSS25KFMC WW | | |
| GSS22JEMA CC | GSS22VGMC WW | GSS25UFMB BB | SSS25KFMD WW | | |

**Requires Both: Model # & First 2 Digits of SN For Eligibility**