IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

WILLIAM F. TURNER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GENERAL ELECTRIC COMPANY,

Defendant.

CASE NO.: 2:05-CV-186-FtM-33DNF

DECLARATION OF SCOTT Wm. WEINSTEIN IN SUPPORT OF PLAINTIFF'S PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF ATTORNEYS' FEES AND SETTLEMENT CLASS REPRESENTATIVE INCENTIVE AWARD

I, Scott Wm. Weinstein, being of full age, do hereby declare as follows:

1. I am a member of the law firm of Weinstein, Bavly & Moon, P.A. 2400 First Street, Suite 303, Fort Myers, Florida 33901. I am Plaintiff Class Counsel in this action, and I have served as lead class counsel in many state and nationwide class action cases, recovering significant sums for consumers. I am former President of the Lee County Bar Association, and former member of the Florida Bar Standing Committee on Professionalism, and a Past President of the Fort Myers-Naples Chapter of the American Board of Trial Advocates. In addition, I have worked with three consecutive Chief Judges to develop and maintain Professionalism and Peer Review standards in the Twentieth Judicial Circuit of Florida, having co-authored the Peer Review Rules for the Twentieth Judicial Circuit of Florida, and I continue as a member of the Circuit's Peer Review Committee. I am fully familiar with the facts and circumstances of this case, and

1

I respectfully submit this declaration in support of Plaintiff's Motion for Final Approval of Settlement and of Fee Award.

2. Since the Original Notice and then the Supplemental Notice of the Settlement of this Action were disseminated, Class Counsel have diligently responded by telephone and email to hundreds of queries from Settlement Class Members with regard to the Settlement. I have had almost daily contact with many Settlement Class Members on these issues. And, where Settlement Class Members have encountered difficulties in filling out or submitting a Claim, Class Counsel have worked with GE to assist these Settlement Class Members in making their Claims, and Class Counsel has followed up on these matters to be sure Settlement Class Members have satisfactory responses.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2006

Scott Wm. Weinstein
Florida Bar No.: 563080
Weinstein, Bavly & Moon, P.A.
2400 First Street
Suite 303
Ft. Myers, FL 33901
Telephone: (239) 334-8844
Facsimile: (239) 334-1289
scott@weinsteinlawfirm.com

2