IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

WILLIAM F. TURNER, on behalf　　　　　Case No. 2:05-cv-186
of himself and all others
similarly situated,

        Plaintiff,　　　　　　　　　　　　Notice of Appeal

Vs.

GENERAL ELECTRIC COMPANY

        Defendant

Notice is hereby given that Brent Davis ("Objector") in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from the Opinion and Final Order on Plaintiff's Motion for Final Approval of Settlement, Certification of Settlement Class, and Approval of Attorneys' Fees and Settlement Class Representative Incentive Awards entered in this action on the 13th day of September, 2006.

        Respectfully submitted,

        MICHAEL F. KAYUSA, ESQUIRE

        By: _____
        Michael F. Kayusa
        FBN 472433
        P.O. Box 6096
        Fort Myers, FL  33911
        (239) 334-8200
        (239) 334-2899

        LOCAL COUNSEL

                                                                        Jeffrey L. Weinstein  
                                                                        Jeffrey L. Weinstein, P.C.  
Texas State Bar No. 2109645  
518 East Tyler Street  
Athens, Texas 75751  
903/677-5333  
903/677-3657 – facsimile  

**ATTORNEYS FOR OBJECTOR**