# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

No. 06-15558-JJ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 0 1 2006
THOMAS K. KAHN
CLERK

BRENT DAVIS,

                                                                             Objector-Appellant,

versus

GENERAL ELECTRIC COMPANY,

                                                                          Defendant-Appellee.

On Appeal from the United States District Court for the
Middle District of Florida

BEFORE: BLACK and MARCUS, Circuit Judges.

BY THE COURT:

Appellant's motion to dismiss this appeal with prejudice, with any costs due under Fed.R.App.P. 39 being assessed against Appellant, is GRANTED.